**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000099
26-AUG-2022
08:12 AM
Dkt. 110 OGDMR**

NOS. CAAP-18-0000099 AND CAAP-18-0000712

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAAP-18-0000099
WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS
CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR BCAT 2015-14BTT, Plaintiff-Appellee,
v.
ISABELO PACPACO DOMINGO; MICHELE ELANOR DOMINGO,
Defendants-Appellants,
and
BANK OF AMERICA, N.A.; HALEWILI PLACE COMMUNITY ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE
GOVERNMENTAL UNITS 1-50, Defendants

AND

CAAP-18-0000712
WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS
CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR BCAT 2015-14BTT, Plaintiff-Appellee,
v.
ISABELO PACPACO DOMINGO; MICHELE ELANOR DOMINGO,
Defendants-Appellants,
and
BANK OF AMERICA, N.A.; HALEWILI PLACE COMMUNITY ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE
GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-202K)

ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Leonard and Nakasone, JJ.)

Upon consideration of Defendants-Appellants Isabelo Pacpaco Domingo and Michele Elanor Domingo's (**Domingos**) "Motion for Reconsideration of the Court's July 14, 2022 Summary Disposition Order" (**Motion for Reconsideration**) filed on July 25, 2022, the papers in support, and the record, the court determines that reconsideration is warranted in part regarding section II.B. of the Summary Disposition Order and thus an Amended Summary Disposition Order will be filed.  However, reconsideration is otherwise denied as unwarranted under Rule 40(b) of the Hawaiʻi Rules of Appellate Procedure, and because the Motion for Reconsideration asserts arguments and presents evidence that could have but were not presented in opposition to the Motion to Dismiss Appeal filed on April 1, 2022.  See Sousaris v. Miller, 92 Hawaiʻi 505, 513, 993 P.2d 539, 547 (2000) ("Reconsideration is not a device to . . . raise arguments or evidence that could and should have been brought during the earlier proceeding.").

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is granted in part and denied in part.

DATED:  Honolulu, Hawaiʻi, August 26, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

2